FILED

1  Name: Billy Alfaro
2  Address: P.O. Box 19195
3  Los Angeles, CA 90019
4  Phone: 323-977-5770
5  Fax: _____
6  In Pro Per

2021 DEC 14  PM 1: 25

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: Kmu

NO-CV307

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Billy Alfaro

Plaintiff

v.

United States of America

Defendant(s).

CASE NUMBER:

2:21-CV-9668-PA-MAAx

To be supplied by the Clerk of
The United States District Court

17  On June 14th, 2021 the Federal Bureau of Prisons responded to the two Tort
18  Claims that arose from their breach of duty of care under 18 U.S.C. 4042 (a)(2)
19  (3). They breached there duty of ~~providing~~ failing to do the following:
20    • Failure to provide necessary medical treatment approved by their superiors
21    • Falsifying medical records
22    • Failing to provide treatment for diagnosed mental conditions since childhood and
23      declaring me cured which it is medically impossible without a brain transplant
24    • Inflicting pain, and causing further damage by there denied/delayed treatment
25    • Having a practicing Chief Psychologist practicing unlicensed and unmonitored.
26    • Retaliation for filing grievances for the issues that form the bases to this suit
27    • Failure to appropriately remove medication, having the psychiatrist interfear with
28      other treatment not in her specialty, and prescribing medication that I am

CV-126 (09/09)   PLEADING PAGE FOR A COMPLAINT

allergic to or had previously had a bad reaction knowingly and willing, as well as knowing that family also had bad reaction.
- Causing further injury/worsening of my condition
- X-rays were negative when I came (~~went~~) into BOP custody (~~too~~). Now they are positive for chronic wedging T10-L1, Spinal Stenosis, Neuropathy, and pain is getting lower from the lumbar as well as higher.
- Failed to abide by specialist recommendation/order and gave no alternative.

I respectfully request for damages $50,000 for the lack/denial of mental health treatment, and $250,000 for medical malpractice, negligence and pain and suffering.

CV-126 (09/09)    PLEADING PAGE FOR A COMPLAINT