UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ALFARO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. CV 21-09668 PA (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Consolidated Amended Complaint ("CAC"), Dkt. No. 68, the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report") dated March 5, 2024, Dkt. No. 82, Plaintiff's objections filed May 27, 2024, Dkt. No. 90, and all other records and files herein.  The Court is not persuaded by Plaintiff's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  Accordingly, IT IS ORDERED that the claims brought pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), are dismissed with prejudice and without further leave to amend.

DATED: August 6, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE