# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ALFARO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. CV 21-09668 PA (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff Billy Alfaro's ("Plaintiff") Consolidated Amended Complaint, Dkt. No. 68, Defendant United States of America's ("Defendant") Motion for Summary Judgment, Dkt. No. 86, Plaintiff's Opposition to Defendant's Motion for Summary Judgment, Dkt. Nos. 91, 96, Defendant's Reply, Dkt. No. 95, the Magistrate Judge's Report and Recommendation ("Report") issued January 15, 2025, Dkt. No. 100, Plaintiff's Objections to the Report, Dkt. No. 101, Defendant's Response to Plaintiff's Objections, Dkt. No. 102, and all of the other records and files herein.  Further, the Court has made a *de novo* determination of those portions of the Report to which objections have been made.  The Court is not persuaded by Plaintiff's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

     Accordingly, IT IS ORDERED that Defendant's Motion for Summary Judgment is granted, and this action is DISMISSED with prejudice.

DATED: March 13, 2025

                                              _____
                                              PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE