JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ALFARO,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. CV 21-09668 PA (RAO)<br><br>**JUDGMENT** |

   Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

   IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: March 13, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE